**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00248-CV**
_____

**IN THE INTEREST OF M.T.**

On Appeal from the County Court at Law
Orange County, Texas
Trial Cause No. C200519-D

**MEMORANDUM OPINION**

Following a bench trial, the trial court terminated Mother's and Father's parent-child relationship with their five-year-old child, M.T.[1] The judgment states the trial court found, by clear and convincing evidence, that Mother engaged in conduct that violated section 161.001(b)(1).[2] The trial court also found that terminating Mother's and Father's parent-child relationship with M.T. is in M.T.'s best interest.

---

[1]The order also terminated Father's parental rights, but Father does not appeal.
[2]*See* Tex. Fam. Code Ann. § 161.001(b)(1)(D), (E), (N), (O).

1

Mother filed a timely notice to appeal from the judgment. Father, however, did not appeal. In the appeal, Mother's court-appointed attorney filed a brief in which she provides the Court with a professional evaluation of the record. According to Mother's brief, no arguable grounds exist supporting Mother's appeal.[3] Mother's attorney represents she sent Mother a copy of the brief she filed in the appeal. The record also shows the Clerk notified Mother she had the right to file a pro se response in her appeal. That said, Mother did not file a response.

We have independently reviewed the record and based on our review we find that Mother's appeal is frivolous. For that reason, we need not appoint another attorney to re-brief the appeal.[4]

Accordingly, the trial court's judgment is

AFFIRMED.

_____
HOLLIS HORTON
Justice

Submitted on December 13, 2021
Opinion Delivered February 3, 2022

Before Kreger, Horton and Johnson, JJ.

---

[3]*See Anders v. California*, 386 U.S. 738 (1967); *In the Interest of L.D.T.*, 161 S.W.3d 728, 731 (Tex. App.—Beaumont 2005, no pet.).

[4]*Cf. Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991).